UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:05-cr-00110-LRH-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LAMOR THERELLE ANDREWS, | |
| Defendant. | |

The court has received the attached letter from defendant Lamor Andrews in which he requests an early termination of supervised release. The court has received a report from the Probation Office which is favorable to defendant Andrews; however, the government has not yet had an opportunity to provide its input upon defendant Andrews' request.

Good cause appearing, the court will treat the attached letter as a motion for early termination of supervised release and IT IS HEREBY ORDERED that the Clerk of Court shall file the attached letter as a motion for early termination of supervised release.

IT IS FURTHER ORDERED that the government shall provide its response within ten (10) days of the entry of this order.

IT IS SO ORDERED.

DATED this 3rd day of November, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

# Lamor Andrews

1855 el Rancho Drive● Sparks, NV 89431● Phone: (775) 770-8797

E-Mail: lamora@nevada.unr.edu

Date: 9.21.16

Dear Judge Hicks:

I came before you eleven years ago as a 24-year-old veteran who had just robbed a bank. At the time I thought that my personal situation justified my actions. Whatever my reasons were, my choice was the wrong one. At the time of my sentencing you told me something that I will never forget. You said, and I paraphrase, " I Know this sentence seems stiff, but I am confident that this will benefit you." At the time, I was furious, and more so, confused. However, I am writing this letter to tell you, without reservation, that you were right. Your Honor, I am formally requesting an early termination supervised release.

I was released early with all of my good time intact, in the summer of 2013, to a halfway house in San Francisco. Immediately I enrolled at City college of San Francisco, planning a career in journalism. I have stayed 100% true to this path, and have since moved back to Reno to finish my degree. I have been here for over two years, working full time, caring as a single father to my 13 year-old daughter, and carrying an above 3.0 GPA in my major. I am set to graduate next year with a Bachelor of Arts degree in journalism, with a focus on conflict journalism and human rights. In addition to this I have been invited to Stanford University to assist on a research project in medieval English literature by a past professor, and continue to assist on the project to this day. I am set to apply for an internship at the Reno News and Review, and am planning to enroll as a photographer with Combat Camera. At this point, I am all set up to advance both personally and professionally.

Your Honor I have adhered completely to the conditions of my incarceration as well as the tenets of my supervised release, maintaining my commitment to be an atypical statistic.  I have completed mandatory drug counseling, and have maintained negative results to all drug testing. Kelli Morgan, my supervised release officer, and her predecessor Ron Crawford can attest to this, and each have been to my home several times to see my actions. I do not toot my own horn well, but I can say with conviction that I have not been idle, and I have worked to create my reality. I am asking you, Your Honor, to reaffirm your confidence that your judgment was well founded, and to allow me to continue to be a meaningful contributor to our society.

Sincerely,

Lamor Andrews